```
1  BENJAMIN B. WAGNER
   United States Attorney
2  Elana S. Landau
   Assistant U.S. Attorney
3  2500 Tulare St, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4083
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 11-CR-353 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| JOSE GONZALEZ ZALZAR, et al | ) | |
| Defendant. | ) | |

The parties request that the jury trial in this case be continued from FEBRUARY 20, 2013 to APRIL 16, 2013 at 8:30a.m.. They stipulate that the time between FEBRUARY 20, 2013 and APRIL 16, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties have been attempting to resolve the case through plea negotiations and proffers. Due to the face that the attorney for the government has been engaged in trial preparation for a trial

1

that is anticipated to last through early February, the parties have been unable to effectively negotiate and/or arrange proffers. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Pursuant to Rule 12(c), the parties stipulate and agree that any motions *in limine* will be filed by March 4, 2013, with responses due by March 18, 2013. The parties stipulate that a trial confirmation and hearing on the motions *in limine* shall be held on April 1, 2013 at 10:00a.m.

                 Respectfully Submitted,

                 BENJAMIN B. WAGNER
                 United States Attorney

DATE: January 17, 2013   By: /s/ Elana S. Landau
                 ELANA S. LANDAU
                 Assistant U.S. Attorney

DATE: January 17, 2013     /s/ Kelsey Mezzanatto
                 KELSEY MEZZANATTO
                 Attorney for Defendant Munoz

DATE: January 17, 2013     /s/ Eric K. Fogderude
                 ERIC K. FOGDERUDE
                 Attorney for Defendant Jimenez

DATE: January 17, 2013     /s/ Nicholas Reyes
                 NICHOLAS REYES
                 Attorney for Defendant
                 Aguilar-Reyes

DATE: January 17, 2013     /s/ David A. Torres
                 DAVID A. TORRES
                 Attorney for Defendant
                 Israel Martin Del Campo

**ORDER**

IT IS SO ORDERED.

Dated:   January 17, 2013

_____
SENIOR DISTRICT JUDGE