Kelsey Mezzanatto, Esq.  SBN 273664
THE LAW OFFICE OF KELSEY MEZZANATTO
3800 Orange Street, Suite 150
Riverside, CA 92501

Email: Kelsey.Mezzanatto@gmail.com
Telephone:  (951) 715-4662
Facsimile:   (951) 715-4695

Attorney for Defendant
Jose Munoz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE MUNOZ,<br><br>　　　　　　　　Defendant. | Case No.: 11 CR 00353<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR SUBSTITUTION OF ATTORNEY**<br><br>Date: February 25, 2013<br>Time: 1:00 p.m.<br>Dept.: Courtroom 8 |

## **O R D E R**

Good cause for appearing therefore, time for hearing on the motion for substitution of counsel is shortened to February 25, 2013 at 1:00 PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   February 20, 2013　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE