**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.1:11-CR-00353 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO SETTING CHANGE OF PLEA HEARING** |
| vs. | |
| ISREAL MARTIN DEL CAMPO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND ELENA LADAU, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ISREAL MARTIN DEL CAMPO, by and through his attorney of record, DAVID A. TORRES hereby requesting that a Change of Plea Hearing be set on Monday, April 29, 2013 at 10:00 a.m. and that the Status Conference currently set for May13, 2013 be vacated.

The Plea Agreement has been signed by Mr. Del Campo and counsel and sent to the United States Attorney's Office. I spoke to AUSA Elana Landau; she has no objection to setting the hearing to April 29, 2013.

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

DATED: April 22, 2013                                  Respectfully Submitted,

                                                       **/s/ David A Torres**
                                                       DAVID A. TORRES
                                                       Attorney for Defendant
                                                       Isreal Martin Del Campo


DATED: April 22, 2013                                  **/s/Elana Landau**
                                                       ELANA LANDAU
                                                       Assistant U.S. Attorney


**IT IS SO ORDERED** that a Change of Plea hearing be held on Monday, April 29, 2013 at 10:00 AM before Judge Anthony W. Ishii and the Status Conference set for May 13, 2013 before Magistrate Judge Barbara A. McAuliffe be vacated.


IT IS SO ORDERED.

Dated:   April 22, 2013                                _____
                                                       SENIOR DISTRICT JUDGE