**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ISRAEL MARTIN DEL CAMPO,<br><br>   Defendant | ) Case No.1:11-CR-00353AWI-BAM-5<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE CHANGE OF PLEA**<br>) **HEARING**<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND ELANA LANDAU, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ISRAEL MARTIN DEL CAMPO, by and through his attorney of record, DAVID A. TORRES hereby requesting that a Change of Plea Hearing that is currently set on April 29, 2013 at 10:00 a.m. be continued to Monday, May 6, 2013.

On April 22, 2013 I filed a stipulation and order to have the Change of Plea Hearing advanced to April 29, 2013. In reviewing my upcoming calendar I became aware of a sentencing hearing that had been previously scheduled in the United States District Court of Colorado in the case of *U.S. v. Raul Avina-Lopez; 06-cr-0444.* I have notified AUSA Elana Landau of this conflict, she has no objection to continuing the change of plea to Monday, May 6, 2013.

**IT IS SO STIPULATED.**

DATED: April 25, 2013  Respectfully Submitted,

*/s/ David A Torres* ___
DAVID A. TORRES
Attorney for Defendant
Israel Del Campo

DATED: April 25, 2013  */s/Elana Landau* _____
ELANA LANDAU
Assistant U.S. Attorney

**IT IS SO ORDERED** that the Change of Plea hearing be continued to Monday, May 6, 2013.

IT IS SO ORDERED.

Dated: __April 25, 2013__   _____
                                    SENIOR DISTRICT JUDGE