```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU, Ca. Bar #212144
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-353 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| v. | ) | |
| ISRAEL MARTIN DEL CAMPO, | ) | |
| Defendant. | ) | |

The parties request that the sentencing hearing in this case be continued from July 22, 2013 to October 7, 2013 at 10:00a.m.. The parties request the continuance be granted because there are matters related to sentencing that remain unresolved. Currently there are two co-defendants scheduled for jury trial on September 24, 2013. The outcome of that trial may have a direct effect on this defendant and his sentence. The Speedy Trial Act is not implicated since the defendant has already pled guilty and is awaiting sentencing.

                                                   Respectfully Submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

DATE: July 18, 2013          By:    /s/Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant U.S. Attorney


DATE: July 18, 2013                 /s/David A. Torres
                                    DAVID A. TORRES
                                    Attorney for Defendant
                                    Israel Martin Del Campo


IT IS SO ORDERED.

Dated:   July 18, 2013

                                    SENIOR DISTRICT JUDGE