**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ISRAEL MARTIN DEL CAMPO,<br><br>　　　　Defendant | ) Case No.1:11-CR-00353AWI-BAM-5<br>)<br>)<br>) **STIPULATION AND PROPOSED ORDER**<br>) **TO CONTINUE SENTENCING**<br>) **HEARING**<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND MELANIE L. ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ISRAEL MARTIN DEL CAMPO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing that is currently set on October 9, 2013 at 10:00 a.m. be continued to Monday, October 28, 2103.

　　My client entered a plea on April 29, 2013, however, has not been sentenced in that he agreed to provide truthful testimony at the time of his co-defendants trial. His sentencing was to be delayed until after all defendants had been tried.

　　Approximately three weeks ago, my client was debriefed a third time to assist the AUSA prepare for trial. All co-defendants have now pled at the eve of trial. As such, I am requesting a continuance of the sentencing date to Monday, October 28, 2013, to afford counsel an

opportunity to prepare a Sentencing Statement.  I have spoken to AUSA Melanie Alsworth, she has no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: October 7, 2013                              Respectfully Submitted,

                                                    */s/ David A Torres* ___
                                                    DAVID A. TORRES
                                                    Attorney for Defendant
                                                    Israel Del Campo


DATED: October 7, 2013                              */s/Melanie L. Alsworth*_____
                                                    MELANIE L. ALSWORTH
                                                    Assistant U.S. Attorney


**IT IS SO ORDERED** that the Sentencing hearing be continued to Monday, October 28, 2013.


IT IS SO ORDERED.

Dated:  October 8, 2013                             _____
                                                    SENIOR DISTRICT JUDGE