FILED

OCT 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiffs,          )        No CR-11-353-AWI
                                 )
     vs.                         )        ORDER OF RELEASE
                                 )
ALLI ORLANDO AGUILAR REYES       )
                                 )
            Defendant.           )
                                 )

The above named defendant having been sentenced on October 28, 2013  TO 3 MONTHS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED:  _10.28-13_

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1